446 A.2d 687

Commonwealth v. Fauntleroy, Appellant.

Submitted September 9, 1981. Mark B. Frost, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and CIRILLO, JJ.

Judgment of sentence affirmed.